No. 09-5728. Darren Hollis, Petitioner v. United States.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1082.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1051, 130 S. Ct. 740, 175 L. Ed. 2d 521, 2009 U.S. LEXIS 8626.

No. 09-5973. Billy J. Torain, Petitioner v. Ameritech Advanced Data Services.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1040.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1093, 130 S. Ct. 1013, 175 L. Ed. 2d 621, 2009 U.S. LEXIS 8985.

No. 09-6078. GwanJun Kim, Petitioner v. Progressive Express Insurance Company, et al.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1058.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1078, 130 S. Ct. 796, 175 L. Ed. 2d 562, 2009 U.S. LEXIS 8933.

No. 09-6127. Rickey Hawthorne, Petitioner v. Patricia L. Caruso, Director, Michigan Department of Corrections, et al.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1047.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 995, 130 S. Ct. 499, 175 L. Ed. 2d 354, 2009 U.S. LEXIS 7831.

No. 09-6136. Raymond Nesbitt, Petitioner v. Circuit Court of Illinois, Cook County.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1059.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 974, 130 S. Ct. 469, 175 L. Ed. 2d 315, 2009 U.S. LEXIS 7525.

No. 09-6203. Lynne Meredith, Petitioner v. Andrew Erath, et al.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1087.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 997, 130 S. Ct. 537, 175 L. Ed. 2d 357, 2009 U.S. LEXIS 7846.

No. 09-6382. Christopher A. Odom, Petitioner v. Jon Ozmint, Director, South Carolina Department of Corrections, et al.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1064.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1027, 130 S. Ct. 627, 175 L. Ed. 2d 483, 2009 U.S. LEXIS 8233.

No. 09-6453. Warren T. Roach, Petitioner v. Rockingham County Board of Education, et al.

559 U.S. 964, 130 S. Ct. 1572, 176 L. Ed. 2d 155, 2010 U.S. LEXIS 1057.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1078, 130 S. Ct. 797, 175 L. Ed. 2d 562, 2009 U.S. LEXIS 8874.